

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See attachment<br><br>**Plaintiff,**<br>V.<br>See attachment<br><br>**Defendant.** | Civil Action No. 20-cv-02435-DMS-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES this civil action in its entirety based on Richardson's failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A, and his failure to prosecute as required by the Court's March 15, 2021 Order. The Court further CERTIFIES that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and DIRECTS the Clerk to enter a final judgment of dismissal and close the case.

Date: 6/22/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler

M. Exler, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 20-cv-02435-DMS-JLB

DANIEL D. RICHARDSON,
Booking #19731938,
Plaintiff
v.
SAN DIEGO SHERIFF'S OFFICE; GEORGE BAILEY DETENTION; A. APEZ, Deputy/Corrections (SDSO); OFFICER H., Deputy/Corrections (SDSO); CREW SHIFT, Deputy/Corrections (SDSO),
Defendants